**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00086-LTB-01
                 & 03-cr-00168-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEAN WILLIAM COTNAM,

        Defendant.

---

**ORDER REINSTATING ORIGINAL TERM OF SUPERVISION AND MODIFYING CONDITIONS
OF SUPERVISED RELEASE**

---

        This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release. On March 1, 2006, defendant admitted to alleged Violation No. 5 (Violation of the Law) in the probation officer's petition. It is

        ORDERED that the defendant's supervision be reinstated to the original term, and that all previously imposed conditions of supervision remain in full force and effect. It is

        FURTHER ORDERED 1) the defendant shall be held in the custody of the U.S. Marshal's Service until space becomes available at the Community Corrections Center (CCC). Thereafter, he shall reside in the CCC for a period of 160 days, and shall observe the rules of that facility; 2) that the defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer;  and 3) that the defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

        DATED at Denver, Colorado, this   10th   day of March, 2006.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    LEWIS T. BABCOCK
                                    Chief United States District Judge